EDWARD B. SWEENEY, APPELLANT, v. LOUIS G. GRISSLER, RESPONDENT.

Decided May 11, 1929.

Before Justices TRENCHARD, KALISCH and LLOYD.

For the appellant, *Earl A. Merrill.*

For the respondent, no appearance.

PER CURIAM.

This appeal should be dismissed. There is no agreed state of the case between the attorneys of the respective parties, nor is there a state of the case settled by the trial judge.

Appeal is dismissed, with costs.